# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| SANDRA KISSINGER, | : Case No. 3:17-cv-192 |
| Plaintiff, | : |
| | : District Judge Walter H. Rice |
| vs. | : Magistrate Judge Sharon L. Ovington |
| | : |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g). (Doc. #8). The parties agree that this matter should be remanded for further proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will conduct further proceedings, offer the plaintiff a supplemental hearing and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision. As part of said proceedings, the opinion evidence of record will be reweighed.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion to Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. #8) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 12-11-17

Walter H. Rice
United States District Judge